**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

UNITED STATES OF AMERICA

v.                                                CRIMINAL ACTION NO. 5:26-cr-00079

NATHANIEL PACK

## ORDER

On July 22, 2026, all counsel and the Defendant appeared for a guilty plea hearing. Count One charges the Defendant with conspiracy to deprive inmates of the right to due process, in violation of 18 U.S.C. § 241. [Doc. 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on July 22, 2026. [Doc. 21]. Objections in this case were due on August 8, 2026. [*Id.*] No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 21]** and **DEFERS** acceptance of the plea agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER: August 13, 2026



Frank W. Volk
Chief United States District Judge